United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAVARRO ZURITA,<br>Plaintiff,<br>v.<br>CYNTHIA ROJAS, et al.,<br>Defendants. | Case No. 26-cv-03135-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding without an attorney, filed this civil rights action under 42 U.S.C. § 1983. The complaint was unsigned. Under Rule 11 of the Federal Rules of Civil Procedure, all pleadings must be signed. See Fed. R. Civ. P. 11(a). The Court directed plaintiff to file a signed complaint on August 20, 2026, warning that failure to do so would result in dismissal of this case without prejudice. Dkt. No. 10. The deadline has passed, and plaintiff has not filed a signed complaint.

The Court therefore dismisses this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain a signed complaint on the proper court form.

**IT IS SO ORDERED.**

Dated: September 29, 2026

TRINA L. THOMPSON
United States District Judge